Pearson, C. J.
 

 The legal effect, of the deed, executed by Williams to Murphy McRae, was to pass to him an estate for his own life. There is nothing to support the notion, that a deed may be color of title, so as to have effect beyond the estate which it professes to pass. It is clear, that the possession of Murphy McRae, could not operate in respect to Williams as an adverse possession, during the continuance of the life-estate, created by the deed from Williams to McRae.
 

 
 *431
 
 If it was the object of the parties, to create a fee simple estate, and the purpose was defeated by the omission of the word “ heirs,” relief may be obtained in a court of Equity, by the correction of the mistake in the deed; but it cannot be effected by a short cut, in a court of Law. These questions are too plain to admit of argument. There is no error.
 

 Pee Cueiam,
 

 Judgment affirmed.